

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| V. | § | **CASE NO. 1:05-CR-137** |
| | § | |
| **SEAN ALLEN STUDNICKA** | § | |

**MEMORANDUM ORDER**
**ADOPTING FINDINGS OF FACT AND RECOMMENDATION**
**ON DEFENDANT'S COMPETENCY TO STAND TRIAL**

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration of pretrial matters.  Judge Giblin previously ordered that Defendant, Sean Allen Studnicka, undergo a mental examination to determine his competency to stand trial pursuant to 18 U.S.C. § 4241.  After conducting a hearing to address the examiner's findings, Judge Giblin filed his *Report and Recommendation on Defendant's Competency to Stand Trial* [Clerk's doc. #27].  Judge Giblin concluded that Mr. Studnicka is competent to stand trial under 18 U.S.C. § 4241.

The parties notified the Court that they agree with the magistrate judge's findings and recommendation and that they will not be filing objections.  The Court, therefore, concludes that the *Report and Recommendation on Defendant's Competency to Stand Trial* should be  accepted.

The Court **ORDERS** that the *Report and Recommendation on Defendant's Competency to Stand Trial* [Clerk's doc. #27] of the United States Magistrate Judge is **ADOPTED.** The Court further **ORDERS** and **FINDS**, in accordance with the magistrate's recommendation and the examiner's report, that Defendant, Sean Allen Studnicka, is competent to stand trial pursuant to Title 18, United States Code, Section 4241.

So **ORDERED** and **SIGNED** this **24** day of **May, 2006.**

_____
Ron Clark, United States District Judge